No. 94, Misc. JABLONWSKI *v.* JACKSON, WARDEN. Certiorari denied. Petitioner *pro se.* *Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.

No. 96, Misc. BOSALAVICH *v.* RAGEN, WARDEN. Certiorari denied.

No. 97, Misc. ROSS *v.* RAGEN, WARDEN. Certiorari denied.

No. 99, Misc. RAPP *v.* NIERSTHEIMER, WARDEN. Certiorari denied.

No. 52, Misc. STERN *v.* COX ET AL., EXECUTORS. Certiorari denied. *John S. Ashworth* for petitioner. *Jas. H. Epps, Jr., Robert L. Taylor* and *Wm. E. Miller* for respondents.

No. 65, Misc. McKAY *v.* FOSTER, SHERIFF. The petition for writ of certiorari is denied for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it.